Rachel Rebecca Stevens (261360)
Amy L. Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
rstevens@creditlaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID HALL, | Case No.: 2:16-cv-01233-JAM-GGH |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| SANTANDER CONSUMER USA, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

TO THE CLERK:

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismiss his Complaint without prejudice,

[SIGNATURE BLOCK ON NEXT PAGE]

| | |
|---|---|
| Dated: <u>September 19, 2016</u> | BY:<u>/s/ Rachel Rebecca Stevens</u><br>Rachel Rebecca Stevens, Esquire<br>Kimmel & Silverman, P.C.<br>30 E. Butler Pike<br>Ambler, PA 19002<br>Phone: (215) 540-8888<br>Facsimile: (877) 788-2864<br>Email: rstevens@creditlaw.com<br>*Attorney for Plaintiff* |

NOTICE OF VOLUNTARY DISMISSAL

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to or interested in the within entitled action. My business address is 30 E. Butler Avenue, Ambler, Pennsylvania, 19002.

On September 19, 2016, I electronically filed the following:

**NOTICE OF VOLUNTARY DISMISSAL**

with the Clerk of the Court using the CM/ECF system and mailed a copy by U.S. Mail to Defendant via its counsel (not appeared):

Santander Consumer USA, Inc.
c/o R. Frank Springfield
Burr & Forman, LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35023

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on September 19, 2016, at Ambler, Pennsylvania.

Kimmel & Silverman, P.C.

By: /s/ Rachel Rebecca Stevens
Rachel Rebecca Stevens
Attorney for Plaintiff, David Hall